■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAURENCE GREGORY, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Wexner, J.), rendered March 14, 1990, convicting him of grand larceny in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

On appeal, the defendant contends that the People failed to prove his guilt of grand larceny in the fourth degree. We disagree. Viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (see, CPL 470.15 [5]).

We have examined the defendant's remaining contentions and find them to be without merit. Bracken, J. P., Harwood, Balletta and Copertino, JJ., concur.